UNITED STATES DISRTICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Stevie Hobson
Plaintiff(s)

-v-

Case No. 3:21-w-678-JMMH-MCR

Kensley Partners LLC
Defendant(s) And Jacksonvile city of Sheriff office

---

FILED 2021 JUL -8 PM 3:26
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FL

Sti. Hoh
Signature
Stevie Hobson
Printed name
12903 LuDo RD Jax FL
Mailing Address
Jacksonvile FL 32258
City, State, Zip code
904-966-9525
Telephone number

Complaints against kensly partners llc 6371 Collins rd Jacksonville FL 32244 and the Jacksonville sheriff's office.

On May 11 2021 the county Judge gave me a stay to remain in My home until after June the 30 2021. After the judge gave the order which was clear on paper.the leasing management for Kensly partners llc demanded the keys to apt and threatened me with 24 hour eviction on may 17 2021. Kensly partners llc initiated a illegal eviction. With the goal of evading the judges order and the cdc moratorium

And they did it and they all so removed the rear door locks .which cause me harm. and the sheriff's office arrived on May 20 2021 and placed the illegal 24 hour eviction removel letter on the door. Disregarding the judges order and cdc moratorium . Which caused me harm. I Steve hobson have suffered harm from the above complaint . emotional distress illegal eviction lost of use .civil rights violation. Homelessness emotional stress. I'm asking the court for judgement in the amount of 750.000.

MAiling ADress
Stevie Hobson
12903 LuDo Rd
JAcKsonville. fL 32258
904-966-9525

9:15 🧡 🌑 ∞ 🔴 🔵 🔵 •    📵 🔇 5G .ıll 47% 🔋

< **[21-CC-1461]_ORD...**   Save   🔍   ⋮

IN THE COUNTY COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

**KENSLEY PARTNERS LLC**  CASE NO.: 16-2021-CC-001461
**Dba THE KENSLEY**
  DIVISION: D

vs.
  **FILED**

**STEVIE HOBSON**
_____/  **MAY 26 2021**

  DUVAL CLERK OF COURT

### ORDER GRANTING DEFENDANT'S MOTION TO STAY

On May 11, 2021, the Final Judgment was executed for writ of possession to be issued after June 30, 2021. JSO has mistakenly served the Writ of Possession prematurely at the Defendant's address, 6371 Collins Road, Apt 704, Jacksonville, FL 32244. The Writ should not be served until after June 30, 2021.

**ORDERED AND ADJUDGED** that

1. The Defendant's Motion to Stay is hereby **GRANTED through June 30, 2021.**

**DONE AND ORDERED** in Chambers, at Jacksonville, Duval County, Florida this 25th day of May 2021.

*[signature]*

Honorable Rhonda Peoples-Waters
County Court Judge

Copies to:

Barfield, McCain, P.A., 4241 Northlake Blvd, Suite B, Palm Beach Gardens, FL 33410-6235

Stevie Hobson, 6371 Collins Road, Apt. 704, Jacksonville, FL 32244

JSO

File

IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 21-CC-1461
CIVIL DIVISION

Kensley Partners LLC dba The Kensley

Plaintiff(s)

vs.

Stevie Hobson

AND ALL OTHERS IN POSSESSION
Defendant(s)
_____/

## FINAL JUDGMENT FOR REMOVAL OF TENANT (POSSESSION)

This cause came before me upon Plaintiff's Motion for Final Judgment of Eviction, and Defendant's CDC Declaration, and the Court having reviewed the Court file, finding that Plaintiff is entitled to entry of an eviction judgment and Defendant is entitled to stay execution of the writ of possession until after June 30, 2021, it is

**ORDERED and ADJUDGED:**

1. That a Final Judgment be and the same is hereby entered in favor of Plaintiff(s) **Kensley Partners LLC dba The Kensley** and against the Defendant(s) Stevie Hobson for possession of the premises located at and known as The Kensley, 6371 Collins Road Apt. 704, Jacksonville, FL 32244, Duval County, Florida, FOR WHICH LET WRIT OF POSSESSION ISSUE AFTER JUNE 30, 2021.

The Court hereby reserves jurisdiction hereof to enter a judgment for rent due and owing, court costs and attorney's fees pursuant to Fla. Stat. Section 83.625.

DONE and ORDERED in the County Court in and for Duval County, Florida this 11th day of May 20 21

ORDER ENTERED
Rhonda Peoples-Waters
For County Court Judge MAY 11 2021
Division-D
/s/ John A. Moran

Conformed copies provided to:
Defendant(s), Stevie Hobson, at 6371 Collins Road Apt. 704, Jacksonville, FL 32244.
Plaintiff's Counsel, Barfield, McCain, P.A. 4241 Northlake Blvd., Suite B, Palm Beach Gardens, FL 33410.

Consolidated City of Jacksonville
OFFICE OF THE SHERIFF
Mike Williams, Sheriff



# FINAL NOTICE OF EVICTION

**·it of Possession** has been issued requiring that all persons and their possessions be removed from these premises.

if this is not done **WITHIN TWENTY-FOUR (24) HOURS**, it will be necessary for

the Jacksonville Sheriff's Office to remove all persons from the premises.

P-0063  Rev. 10/2016

IN THE COUNTY COURT IN AND FOR DUVAL COUNTY, FLORIDA
CASE NO. 21-CC-1461
CIVIL DIVISION

Kensley Partners LLC dba The Kensley

        Plaintiff(s)

vs.
Stevie Hobson

        Defendant(s)

A TRUE COPY (Seal)
MIKE WILLIAMS
Sheriff, Duval County, FL

Date: 5/20/21  Time: 2:02 p.m.

By: DWS #7241
DEPUTY SHERIFF

## WRIT OF POSSESSION

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF THE STATE:

YOU ARE COMMANDED to remove all person(s) from the following described property in Duval County, Florida:

**6371 Collins Road Apt. 704
Jacksonville, FL 32244**

and to put the Plaintiff in possession of it, after twenty-four (24) hours' notice conspicuously posted on the premises.

WITNESS my hand and Seal this _____ day of  May 7 2021 , 20___.

By: _L. Mooradian_